UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
..............................................................................x
DAVID HERNANDEZ,

          Plaintiff,                               7:23-cv-08589-NSR-VR

    v.                                        REVISED SCHEDULING ORDER

KILOLO KIJAKAZI
*Acting Commissioner of Social Security*,

          Defendant.
..............................................................................x

The following revised briefing schedule is hereby ORDERED:

1. The Commissioner shall file the electronic record, which shall serve as her answer no later than January 3, 2024.

2. Plaintiff shall file and serve on the Commissioner as brief for requested relief no later than March 4, 2024.

3. The Commissioner shall file a brief and serve it on Plaintiff no later than May 3, 2024.

4. Plaintiff shall file any reply brief and serve it on Commissioner no later than May 17, 2024.

Dated:  December 4, 2023

New York, New York

                                                         SO ORDERED

                                                         VICTORIA REZNIK
                                                          UNITED STATES MAGISTRATE JUDGE